IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS.** | § § | **CIVIL NOS.  3:13-CV-04299-P** |
| | § | **CRIM. NO.    3:04-CR-00240-P** |
| **ABDULRAHMAN ODEH** | § § § | |

**AFFIDAVIT IN SUPPORT OF
MOTION TO VACATE, SET ASIDE OR
CORRECT SENTENCE UNDER 28 U.S.C. §2255**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** the Movant, ABDULRAHMAN ODEH, and submits the attached affidavit from Movant in support of his Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. §2255.

Respectfully submitted,

         /s/ Gary A. Udashen         
GARY A. UDASHEN
Bar Card No. 20369590

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas  75201
214-468-8100
214-468-8104 fax

Attorney for Movant

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a true and correct copy of the foregoing Affidavit in Support of Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. §2255 was electronically delivered to the United States Attorney's Office, 1100 Commerce Street, Suite 300, Dallas, Texas 75242, on this the 25th day of November, 2013.

                                                      /s/ Gary A. Udashen
                                               GARY A. UDASHEN