IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | |
| | § | | |
| VS. | § | | |
| | § | | |
| ABDULRAHMAN ODEH | § | CIVIL NOS. | 3:13-CV-04299-P |
| MUFID ABDULQADER | § | | 3:13-CV-04300-P |
| GHASSAN ELASHI | § | | 3:13-CV-04301-P |
| MOHAMMAD EL-MEZAIN | § | | 3:13-CV-04302-P |
| SHUKRI ABU BAKER | § | | 3:13-CV-04303-P |
| | § | CRIM. NO. | 3:04-CR-00240-P |

**AFFIDAVIT IN SUPPORT OF
MOTION TO VACATE, SET ASIDE OR
CORRECT SENTENCE UNDER 28 U.S.C. §2255**

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** the Movants, ABDULRAHMAN ODEH, MUFID ABDULQADER, GHASSAN ELASHI, MOHAMMAD EL-MEZAIN, and SHUKRI ABU BAKER, submits the attached affidavit from Nancy Hollander in Support of Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. §2255.

               Respectfully submitted,

                /s/ Gary A. Udashen
               GARY A. UDASHEN
               Texas State Bar No. 20369590

               SORRELS, UDASHEN & ANTON
               2311 Cedar Springs Road
               Suite 250
               Dallas, Texas  75201
               214-468-8100
               214-468-8104 fax

               Attorney for Movants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Affidavit in Support of Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. §2255 was electronically delivered to all counsel, on this the 9th day of January, 2014.

/s/ Gary A. Udashen
GARY A. UDASHEN