IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | |
| | § | |
| ABDULRAHMAN ODEH | § | CIVIL NOS. 3:13-CV-04299-P |
| MUFID ABDULQADER | § | 3:13-CV-04300-P |
| GHASSAN ELASHI | § | 3:13-CV-04301-P |
| MOHAMMAD EL-MEZAIN | § | 3:13-CV-04302-P |
| SHUKRI ABU BAKER | § | 3:13-CV-04303-P |
| | § | CRIM. NO. 3:04-CR-00240-P |

**AFFIDAVIT IN SUPPORT OF
MOTION TO VACATE, SET ASIDE OR
CORRECT SENTENCE UNDER 28 U.S.C. §2255**

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** the Movants, ABDULRAHMAN ODEH, MUFID ABDULQADER, GHASSAN ELASHI, MOHAMMAD EL-MEZAIN, and SHUKRI ABU BAKER, submits the attached affidavit from John D. Cline in Support of Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. §2255.

Respectfully submitted,

    /s/ Gary A. Udashen
GARY A. UDASHEN
Texas State Bar No. 20369590

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas 75201
214-468-8100
214-468-8104 fax

Attorney for Movants

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing Affidavit in Support of Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. §2255 was electronically delivered to all counsel, on this the 19th day of January, 2014.

                                              /s/ Gary A. Udashen
                                          GARY A. UDASHEN