IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | |
| | § | |
| ABDULRAHMAN ODEH | § | CIVIL NOS. 3:13-CV-04299-P |
| MUFID ABDULQADER | § | 3:13-CV-04300-P |
| GHASSAN ELASHI | § | 3:13-CV-04301-P |
| MOHAMMAD EL-MEZAIN | § | 3:13-CV-04302-P |
| SHUKRI ABU BAKER | § | 3:13-CV-04303-P |
| | § | CRIM. NO. 3:04-CR-00240-P |

**AFFIDAVITS IN SUPPORT OF**
**MOTION TO VACATE, SET ASIDE OR**
**CORRECT SENTENCE UNDER 28 U.S.C. §2255**

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** the Movants, ABDULRAHMAN ODEH, MUFID ABDULQADER, GHASSAN ELASHI, MOHAMMAD EL-MEZAIN, and SHUKRI ABU BAKER, submits the attached affidavits in Support of Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. §2255:

1.  Abd-El Azez Magames Abd-El Azez Saafen

2.  Walid Abd allatil Solayman Abu Libdeh

3.  Muhammad Eid Muhammad Mesk

4.  Hashem Sadek Abd-ElFattah Alnatsheh

5.  Gayath Ra'fat Hafez Khayre

6.  Riyad Rashid Hamad Walwil

Respectfully submitted,

/s/ Gary A. Udashen
GARY A. UDASHEN
Texas State Bar No. 20369590

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas  75201
214-468-8100
214-468-8104 fax

Attorney for Movants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Affidavits in Support of Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. §2255 was electronically delivered to all counsel, on this the 14th day of February, 2014.

/s/ Gary A. Udashen
GARY A. UDASHEN