# No: 6/2014

نموذج رقم 1:

أنا الموقع أدناه محمد عابد كاتب العدل في دولة إسرائيل منطقة عكا, أصادق أنه يوم **04.02.2014** حضر أمامي السيد **عبد العزيز مغامس عبد العزيز سعافين** وقد تعرفت عليه بموجب هوية رقم **949970255** والصادرة عن السلطة الوطنية الفلسطينية وقد وقع بمحض إرادته ورغبته على المستند المرفق والمشار له بالرمز (**A**) وعليه فإنني اصادق على صحة توقيع المذكور أعلاه بتوقيعي وخاتمي في هذا اليوم الموافق **04.02.2014**



توقيع كاتب العدل
تم دفع الأتعاب بواقع 192 شاقل شامل الضريبة

Form No. 1 AUTHENTICATION OF SIGNATURE

I the undersigned Notary Mohammed Abid, from Ba'ana, Western Galilee, Israel, than that on **04.02.2014** Appeared to me, Mr. **Abd-El Azez Magames Abd-El Azez Saafen** Whose identity was proven to me by ID number **949970255** issued by the Palestinian Authority, And voluntarily signed the document attached and marked with **A**.

In witness whereof I hereby verifies the signature of Mr. **Abd-El Azez Magames Abd-El Azez Saafen** signed by my signature and seal

Today: **04.02.2014**



Notary signing

notary seal

# APOSTILLE
(Convention de la Haye du 5 Octobre 1961)

| | |
|---|---|
| **1. STATE OF ISRAEL** | ‎1. מדינת ישראל |
| This public document | מסמך ציבורי זה |
| 2. Has been signed by | ‎2. נחתם בידי |
| Advocate_____ | עו"ד _____ |
| 3. Acting in capacity of Notary | ‎3. המכהן בתור נוטריון. |
| 4. Bears the seal/stamp of the above Notary | ‎4. נושא את החותם/החותמת של הנוטריון הנ"ל |
| **Certified** | **אושר** |
| 5. At the Magistrates Court of Haifa | ‎5. בבית משפט השלום בחיפה |
| 6. Date  10.2.14 | ‎6. ביום  10.2.14 |
| 7. By an official appointed by Minister of Justice under the Notaries Law, 1976 | ‎7. על ידי מי שמונה בידי שר המשפטים לפי חוק הנוטריונים, התשל"ו - 1976 |
| 8. Serial number  678 | ‎8. מס' סידורי  678 |
| 9. Seal/Stamp _____ | ‎9. החותם / החותמת _____ |
| 10. Signature _____ | ‎10. חתימה _____ |

*[Notary seal: MUHAMMAD ABID – NOTARY]*
*[Seal: Magistrates Court of Haifa]*

| AFFIDAVIT | | شهادة مشفوعة بالقسم |
|---|---|---|
| Affiant Name (First, Father, Grandfather, Last):<br>**Abdalaziz Magames Abdalaziz Saafin** | | اسم الشاهد (الاول، الأب، الجد، العائلة) :<br>عبدالعزيز مغامس عبدالعزيز سعافين |
| Affiant ID #:<br>949970255 | | رقم هوية الشاهد:<br>949970255 |
| Affiant Address (City, Country):<br>**Hebron, WEST BANK** | | عنوان الشاهد (المدينة/القطر):<br>الخليل ، الضفة الغربية |
| Statement Of Testimony:<br>I, the Affiant, previously signed an affidavit concerning my work and/or relation with the **Islamic Charitable Society-Hebron**, and herein I declare:<br>• I am willing to provide more details concerning this matter by way of testimony or deposition, and<br><br>• I was willing to provide this testimony previously but was never asked before the year 2013. | | نص الشهادة:<br>كنت، أنا الشاهد، قد وقعت شهادة مشفوعة بالقسم بخصوص عملي و/أو علاقتي بالجمعية الخيرية الاسلامية في الخليل، وأصرح هنا:<br>• بأنني مستعد لتقديم المزيد من التفصيل بخصوص هذا الموضوع عن طريق الإدلاء بالشهادة أو بالتصريح المشفوعين بالقسم،<br>• وبأنني فيما سبق ذلك كنت مستعدا للإدلاء بشهادتي تلك ، ولكن لم يطلب مني ذلك قبل عام 2013 |
| Oath:<br>I, the undersigned Affiant, declare under the penalty of law that all statements made herein above in this document are true & correct. In witness thereof I affix my signature. | | القسم:<br>أنا الشاهد الموقع ادناه أعلن وتحت طائلة المسؤولية القانونية أن كافة البيانات المدلى بها أعلاه في هذه الوثيقة هي حقيقية وصحيحة. وعليه أضع توقيعي. |

(Affiant)  **Abdalaziz Magames Abdalaziz Saafin**  //   عبدالعزيز مغامس عبدالعزيز سعافين   (الشاهد)

| Notarization: | | توثيق الشهادة |
|---|---|---|
| Before me, the undersigned authority, on this day personally appeared the person mentioned above, whom, after inspecting his identity signed before me this instrument in free and voluntarily act. In witness thereof I hereto set my hand and seal. | | امام الهيئة الموقعة أدناه، وفي هذا اليوم ، حضر شخصيا الشخص المذكور أعلاه ، وبعد التأكد من شخصه باشر امامي بتوقيع هذه الوثيقة وبمحض حريته وارادته. وعليه اشهد واضع اسمي وتوقيعي والختم الرسمي |
| Name of Notary:  **MUHAMMAD ABID** | | إسم كاتب العدل: محمد عابد |
| Notary in and for:  **The State of ISRAEL** | | المكان: دولة إسرائيل |
| Notary Address (City & Country):  **ACRE, ISRAEL** | | العنوان (المدينة والقطر): عكا، إسرائيل |
| Notary commission expires on:  **INDEFINITE** | | تاريخ إنتهاء صلاحية كاتب العدل (يوم/شهر/عام): غير محدود |
| Date of Notarization (yyyy/mm/dd):  2014 / 02 / ..... | | تاريخ التوثيق (يوم/شهر/عام): |

**Notary Signature & Seal** — توقيع وخاتم كاتب العدل





# N<u>o</u>: 7/2014

نموذج رقم 1:

أنا الموقع أدناه محمد عابد كاتب العدل في دولة إسرائيل منطقة عكا, أصادق أنه يوم **04.02.2014** حضر أمامي السيد **وليد عبد اللطيف سليمان أبو لبدة** وقد تعرفت عليه بموجب هوية رقم **981755234** والصادرة عن السلطة الوطنية الفلسطينية وقد وقع بمحض إرادته ورغبته على المستند المرفق والمشار له بالرمز (**A**) وعليه فإنني اصادق على صحة توقيع المذكور أعلاه بتوقيعي وخاتمي في هذا اليوم الموافق **04.02.2014**



خاتم كاتب العدل

توقيع كاتب العدل



## Form No. 1 AUTHENTICATION OF SIGNATURE

I the undersigned Notary Mohammed Abid, from Ba'ana, Western Galilee, Israel, than that on **04.02.2014** Appeared to me, Mr. **Walid Abd allatif Solayman Abu Libdeh** Whose identity was proven to me by ID number **981755234** issued by the Palestinian Authority, And voluntarily signed the document attached and marked with **A**.

In witness whereof I hereby verifies the signature of Mr. **Walid Abd allatif Solayman Abu Libdeh** signed by my signature and seal

Today: **04.02.2014**

Notary signing

notary seal



# APOSTILLE
(Convention de la Haye du 5 Octobre 1961)

**1. STATE OF ISRAEL**

This public document

2. Has been signed by

Advocate _____

3. Acting in capacity of Notary

4. Bears the seal/stamp of

the above Notary

**Certified**

5. At the Magistrates Court of Haifa

6. Date  10.2.14

7. By an official appointed by Minister of Justice under the Notaries Law, 1976.

8. Serial number  675

9. Seal/Stamp _____

10. Signature _____

1. מדינת ישראל

מסמך ציבורי זה

2. נחתם בידי

עו"ד _____

3. המכהן בתור נוטריון.

4. נושא את החותם/החותמת

של הנוטריון הנ"ל

אושר

5. בבית משפט השלום בחיפה

6. ביום  10.2.14

7. על ידי מי שמונה בידי שר המשפטים לפי חוק הנוטריונים,

התשל"ו - 1976

8. מס' סידורי  678

9. החותם / החותמת _____

10. חתימה _____

| AFFIDAVIT | شهادة مشفوعة بالقسم |
|---|---|
| Affiant Name (First, Father, Grandfather, Last):<br><br>**Walid Abd-Allatif Solayman Abu-Libdeh** | اسم الشاهد (الاول، الأب، الجد، العائلة) :<br><br>وليد عبداللطيف سليمان ابو لبده |
| Affiant ID #:<br><br>981755234 | رقم هوية الشاهد:<br><br>981755234 |
| Affiant Address (City, Country):<br><br>**QALQILIA, WEST BANK** | عنوان الشاهد (المدينة/القطر):<br><br>قلقيلية ، الضفة الغربية |
| Statement Of Testimony:<br>I, the Affiant, previously signed an affidavit concerning my work and/or relation with the **Qalqilia Zakat Committee**, and herein I declare:<br>• I am willing to provide more details concerning this matter by way of testimony or deposition, and<br>• I was willing to provide this testimony previously but was never asked before the year 2013. | نص الشهادة:<br>كنت، أنا الشاهد، قد وقعت شهادة مشفوعة بالقسم بخصوص عملي و/أو علاقتي بلجنة زكاة قلقيلية، وأصرح هنا:<br>• وبأنني مستعد لتقديم المزيد من التفصيل بخصوص هذا الموضوع عن طريق الإدلاء بالشهادة أو بالتصريح المشفوعين بالقسم،<br>• وبأنني فيما سبق ذلك كنت مستعدا للإدلاء بشهادتي تلك ، ولكن لم يطلب مني ذلك قبل عام 2013. |
| Oath:<br>I, the undersigned Affiant, declare under the penalty of law that all statements made herein above in this document are true & correct. In witness thereof I affix my signature. | القسم:<br>أنا الشاهد الموقع ادناه أعلن وتحت طائلة المسؤولية القانونية أن كافة البيانات المدلى بها أعلاه في هذه الوثيقة هي حقيقية وصحيحة. وعليه أضع توقيعي. |
| (Affiant) **Walid Abd-Allatif Solayman Abu-Libdeh** // وليد عبداللطيف سليمان ابو لبده   (الشاهد) |

| Notarization: | توثيق الشهادة |
|---|---|
| Before me, the undersigned authority, on this day personally appeared the person mentioned above, whom, after inspecting his identity signed before me this instrument in free and voluntarily act. In witness thereof I hereto set my hand and seal. | امام الهيئة الموقعة أدناه، وفي هذا اليوم ، حضر شخصيا الشخص المذكور أعلاه ، وبعد التأكد من شخصه باشر أمامي بتوقيع هذه الوثيقة وبمحض حريته وارادته. وعليه اشهد واضع اسمي وتوقيعي والختم الرسمي |
| Name of Notary: **MUHAMMAD ABID** | إسم كاتب العدل: محمد عابد |
| Notary in and for: **The State of ISRAEL** | المكان: دولة إسرائيل |
| Notary Address (City & Country): **ACRE, ISRAEL** | العنوان (المدينة والقطر): عكا، إسرائيل |
| Notary commission expires on: **INDEFINITE** | تاريخ إنتهاء صلاحية كاتب العدل (يوم/شهر/عام): غير محدود |
| Date of Notarization (yyyy/mm/dd): 2014 / 02 / ...... | تاريخ التوثيق (يوم/شهر/عام): |
| Notary Signature & Seal | توقيع وخاتم كاتب العدل |



# No: 8/2014

نموذج رقم 1:

أنا الموقع أدناه محمد عابد كاتب العدل في دولة إسرائيل منطقة عكا, أصادق أنه يوم **04.02.2014** حضر أمامي السيد **محمد عيد محمد مسك** وقد تعرفت عليه بموجب هوية رقم **955138318** والصادرة عن السلطة الوطنية الفلسطينية وقد وقع بمحض إرادته ورغبته على المستند المرفق والمشار له بالرمز (**A**) وعليه فإنني اصادق على صحة توقيع المذكور أعلاه بتوقيعي وخاتمي في هذا اليوم الموافق **04.02.2014**

توقيع كاتب العدل



Form No. 1 AUTHENTICATION OF SIGNATURE

I the undersigned Notary Mohammed Abid, from Ba'ana, Western Galilee, Israel, than that on **04.02.2014** Appeared to me, Mr. **Muhammad Eed Muhammad Mesk** Whose identity was proven to me by ID number **955138318** issued by the Palestinian Authority, And voluntarily signed the document attached and marked with **A**.

In witness whereof I hereby verifies the signature of Mr. **Muhammad Eed Muhammad Mesk** signed by my signature and seal

Today: **04.02.2014**

Notary signing

notary seal

# APOSTILLE
(Convention de la Haye du 5 Octobre 1961)

| | |
|---|---|
| **1. STATE OF ISRAEL** | ‎1. מדינת ישראל |
| This public document | מסמך ציבורי זה |
| 2. Has been signed by | ‎2. נחתם בידי |
| Advocate _____ | עו״ד _____ |
| 3. Acting in capacity of Notary | ‎3. המכהן בתור נוטריון. |
| 4. Bears the seal/stamp of the above Notary | ‎4. נושא את החותם/החותמת של הנוטריון הנ״ל |
| **Certified** | **אושר** |
| 5. At the Magistrates Court of Haifa | ‎5. בבית משפט השלום בחיפה |
| 6. Date  10.2.14 | ‎6. ביום  10.2.14 |
| 7. By an official appointed by Minister of Justice under the Notaries Law, 1976. | ‎7. על ידי מי שמונה בידי שר המשפטים לפי חוק הנוטריונים, התשל״ו - 1976 |
| 8. Serial number  680 | ‎8. מס׳ סידורי  680 |
| 9. Seal/Stamp _____ | ‎9. החותם / החותמת _____ |
| 10. Signature _____ | ‎10. חתימה _____ |

[Notary seal: MUHAMMAD ABID]
[Seal: Magistrates Court of Haifa]

| AFFIDAVIT | شهادة مشفوعة بالقسم |
|---|---|
| Affiant Name (First, Father, Grandfather, Last):<br>**Mohammed Eid Mohammed Mesk** | اسم الشاهد (الاول، الأب، الجد، العائلة) :<br>محمد عيد محمد مسك |
| Affiant ID #:<br>955138318 | رقم هوية الشاهد:<br>955138318 |
| Affiant Address (City, Country):<br>**Hebron, WEST BANK** | عنوان الشاهد (المدينة/القطر):<br>الخليل ، الضفة الغربية |
| Statement Of Testimony:<br>I, the Affiant, previously signed an affidavit concerning my work and/or relation with the **Islamic Charitable Society-Hebron**, and herein I declare:<br>• I am willing to provide more details concerning this matter by way of testimony or deposition, and<br>• I was willing to provide this testimony previously but was never asked before the year 2013. | نص الشهادة:<br>كنت، أنا الشاهد، قد وقعت شهادة مشفوعة بالقسم بخصوص عملي و/أو علاقتي بالجمعية الخيرية الاسلامية في الخليل، وأصرح هنا :<br>• بأنني مستعد لتقديم المزيد من التفصيل بخصوص هذا الموضوع عن طريق الإدلاء بالشهادة أو بالتصريح المشفوعين بالقسم،<br>• وبأنني فيما سبق ذلك كنت مستعدا للإدلاء بشهادتي تلك ، ولكن لم يطلب مني ذلك قبل عام 2013 |
| Oath:<br>**I, the undersigned Affiant, declare under the penalty of law that all statements made herein above in this document are true & correct. In witness thereof I affix my signature.** | القسم:<br>أنا الشاهد الموقع ادناه أعلن وتحت طائلة المسؤولية القانونية أن كافة البيانات المدلى بها أعلاه في هذه الوثيقة هي حقيقية وصحيحة. وعليه أضع توقيعي. |

(Affiant) **Mohammed Eid Mohammed Mesk** // (الشاهد) محمد عيد محمد مسك

| Notarization:<br>Before me, the undersigned authority, on this day personally appeared the person mentioned above, whom, after inspecting his identity signed before me this instrument in free and voluntarily act. In witness thereof I hereto set my hand and seal. | توثيق الشهادة:<br>امام الهيئة الموقعة ادناه، وفي هذا اليوم ، حضر شخصيا الشخص المذكور أعلاه ، وبعد التأكد من شخصه باشر امامي بتوقيع هذه الوثيقة وبمحض حريته وارادته. وعليه اشهد واضع اسمي وتوقيعي والختم الرسمي |
|---|---|
| Name of Notary: **MUHAMMAD ABID** | اسم كاتب العدل: محمد عابد |
| Notary in and for: **The State of ISRAEL** | المكان: دولة إسرائيل |
| Notary Address (City & Country): **ACRE, ISRAEL** | العنوان (المدينة والقطر): عكا، إسرائيل |
| Notary commission expires on: **INDEFINITE** | تاريخ إنتهاء صلاحية كاتب العدل (يوم/شهر/عام): غير محدود |
| Date of Notarization (yyyy/mm/dd): 2014 / 02 / 4 | تاريخ التوثيق (يوم/شهر/عام): |
| Notary Signature & Seal | توقيع وختم كاتب العدل |





# No: 9/2014

نموذج رقم 1:

أنا الموقع أدناه محمد عابد كاتب العدل في دولة إسرائيل منطقة عكا, أصادق أنه يوم **04.02.2014** حضر أمامي السيد **هاشم صادق عبد الفتاح النتشة** وقد تعرفت عليه بموجب هوية رقم **080500598** والصادرة عن السلطة الوطنية الفلسطينية وقد وقع بمحض إرادته ورغبته على المستند المرفق والمشار له بالرمز (**A**) وعليه فإنني اصادق على صحة توقيع المذكور أعلاه بتوقيعي وخاتمي في هذا اليوم الموافق **04.02.2014**



توقيع كاتب العدل

Form No. 1 AUTHENTICATION OF SIGNATURE

I the undersigned Notary Mohammed Abid, from Ba'ana, Western Galilee, Israel, than that on **04.02.2014** Appeared to me, Mr. **Hashem Sadek Abd-ElFattah Alnatsheh** Whose identity was proven to me by ID number **080500598** issued by the Palestinian Authority, And voluntarily signed the document attached and marked with **A**.

In witness whereof I hereby verifies the signature of Mr. **Hashem Sadek Abd-ElFattah Alnatsheh** signed by my signature and seal

Today: **04.02.2014**

Notary signing                                               notary seal

# APOSTILLE
(Convention de la Haye du 5 Octobre 1961)

| | |
|---|---|
| **1. STATE OF ISRAEL** | ‎1. מדינת ישראל |
| This public document | מסמך ציבורי זה |
| 2. Has been signed by | ‎2. נחתם בידי |
| Advocate _____ | עו"ד _____ |
| 3. Acting in capacity of Notary | ‎3. המכהן בתור נוטריון. |
| 4. Bears the seal/stamp of the above Notary | ‎4. נושא את החותם/החותמת של הנוטריון הנ"ל |
| **Certified** | **אושר** |
| 5. At the Magistrates Court of Haifa | ‎5. בבית משפט השלום בחיפה |
| 6. Date  10.2.14 | ‎6. ביום  10.2.14 |
| 7. By an official appointed by Minister of Justice under the Notaries Law, 1976. | ‎7. על ידי מי שמונה בידי שר המשפטים לפי חוק הנוטריונים, התשל"ו - 1976 |
| 8. Serial number  681 | ‎8. מס' סידורי  681 |
| 9. Seal/Stamp _____ | ‎9. החותם / החותמת _____ |
| 10. Signature _____ | ‎10. חתימה _____ |

*[Notary stamp: MUHAMMAD ABID]*
*[Seal: Magistrates Court of Haifa]*

| AFFIDAVIT | | شهادة مشفوعة بالقسم |
|---|---|---|
| Affiant Name (First, Father, Grandfather, Last): <br><br> **Hashem Sadek Abd-Elfattah Alnatsheh** | | اسم الشاهد (الاول، الأب، الجد، العائلة) : <br><br> هاشم صادق عبدالفتاح النتشة |
| Affiant ID #: <br><br> 080500598 | | رقم هوية الشاهد: <br><br> 080500598 |
| Affiant Address (City, Country): <br><br> **Hebron, WEST BANK** | | عنوان الشاهد (المدينة/القطر): <br><br> الخليل ،  الضفة الغربية |
| Statement Of Testimony: <br> I, the Affiant, previously signed an affidavit concerning my work and/or relation with the **Islamic Charitable Society-Hebron**, and herein I declare: <br> • I am willing to provide more details concerning this matter by way of testimony or deposition, and <br><br> • I was willing to provide this testimony previously but was never asked before the year 2013. | | نص الشهادة: <br> كنت، أنا الشاهد، قد وقعت شهادة مشفوعة بالقسم بخصوص عملي و/أو علاقتي **بالجمعية الخيرية الاسلامية في الخليل**، وأصرح هنا: <br> • بأنني مستعد لتقديم المزيد من التفصيل بخصوص هذا الموضوع عن طريق الإدلاء بالشهادة أو بالتصريح المشفوعين بالقسم، <br> • وبأنني فيما سبق ذلك كنت مستعدا للإدلاء بشهادتي تلك ، ولكن لم يطلب مني ذلك قبل عام 2013 |
| Oath: <br> **I, the undersigned Affiant, declare under the penalty of law that all statements made herein above in this document are true & correct. In witness thereof I affix my signature.** | | القسم: <br> أنا الشاهد الموقع ادناه أعلن وتحت طائلة المسؤولية القانونية أن كافة البيانات المدلي بها أعلاه في هذه الوثيقة هي حقيقية وصحيحة. وعليه أضع توقيعي. |
| (Affiant) **Hashem Sadek Abd-Elfattah Alnatsheh**  // | | هاشم صادق عبدالفتاح النتشة    (الشاهد) |

| **Notarization:** | | توثيق الشهادة |
|---|---|---|
| Before me, the undersigned authority, on this day personally appeared the person mentioned above, whom, after inspecting his identity signed before me this instrument in free and voluntarily act. In witness thereof I hereto set my hand and seal. | | امام الهيئة الموقعة أدناه، وفي هذا اليوم ، حضر شخصيا الشخص المذكور أعلاه ، وبعد التأكد من شخصه باشر امامي بتوقيع هذه الوثيقة وبمحض حريته وارادته. وعليه اشهد واضع اسمي وتوقيعي والختم الرسمي |
| Name of Notary: **MUHAMMAD ABID** | | إسم كاتب العدل: محمد عابد |
| Notary in and for: **The State of ISRAEL** | | المكان: دولة إسرائيل |
| Notary Address (City & Country): **ACRE, ISRAEL** | | العنوان (المدينة والقطر): عكا، إسرائيل |
| Notary commission expires on: **INDEFINITE** | | تاريخ إنتهاء صلاحية كاتب العدل (يوم/شهر/عام): غير محدود |
| Date of Notarization (yyyy/mm/dd):  2014 / 02 / ..... | | تاريخ التوثيق (يوم/شهر/عام): |
| **Notary Signature & Seal**  | | توقيع وخاتم كاتب العدل |



# N<u>o</u>: 10/2014

نموذج رقم 1:

أنا الموقع أدناه محمد عابد كاتب العدل في دولة إسرائيل منطقة عكا, أصادق أنه يوم **04.02.2014** حضر أمامي السيد **غياث رأفت حافظ خيري** وقد تعرفت عليه بموجب هوية رقم **962716619** والصادرة عن السلطة الوطنية الفلسطينية وقد وقع بمحض إرادته ورغبته على المستند المرفق والمشار له بالرمز (**A**) وعليه فإنني أصادق على صحة توقيع المذكور أعلاه بتوقيعي وخاتمي في هذا اليوم الموافق **04.02.2014**




Form No. 1 AUTHENTICATION OF SIGNATURE

I the undersigned Notary Mohammed Abid, from Ba'ana, Western Galilee, Israel, than that on **04.02.2014** Appeared to me, Mr. **Gayath Ra'fat Hafez Khayre** Whose identity was proven to me by ID number **962716619** issued by the Palestinian Authority, And voluntarily signed the document attached and marked with **A**.

In witness whereof I hereby verifies the signature of Mr. **Gayath Ra'fat Hafez Khayre** signed by my signature and seal

Today: **04.02.2014**

Notary signing

notary seal

# APOSTILLE
(Convention de la Haye du 5 Octobre 1961)

| | |
|---|---|
| 1. **STATE OF ISRAEL** | 1. **מדינת ישראל** |
| This public document | מסמך ציבורי זה |
| 2. Has been signed by | 2. נחתם בידי |
| Advocate _____ | עו"ד _____ |
| 3. Acting in capacity of Notary | 3. המכהן בתור נוטריון. |
| 4. Bears the seal/stamp of the above Notary | 4. נושא את החותם/החותמת של הנוטריון הנ"ל |
| **Certified** | **אושר** |
| 5. At the Magistrates Court of Haifa | 5. בבית משפט השלום בחיפה |
| 6. Date _10.2.14_ | 6. ביום _10.2.14_ |
| 7. By an official appointed by Minister of Justice under the Notaries Law, 1976. | 7. על ידי מי שמונה בידי שר המשפטים לפי חוק הנוטריונים, התשל"ו - 1976 |
| 8. Serial number _682_ | 8. מס' סידורי _682_ |
| 9. Seal/Stamp _____ | 9. החותם / החותמת _____ |
| 10. Signature _____ | 10. חתימה _____ |

(Notary stamp: MUHAMMAD ABID)
(Seal: Magistrates Court of Haifa)

| AFFIDAVIT | | شهادة مشفوعة بالقسم |
|---|---|---|
| Affiant Name (First, Father, Grandfather, Last): **Ghayyat Raafat Hafez Khairy** | | اسم الشاهد (الأول، الأب، الجد، العائلة) : غيات رأفت حافظ خيري |
| Affiant ID #: **962716619** | | رقم هوية الشاهد: 962716619 |
| Affiant Address (City, Country): **ALBIRAH - RAMALLAH, WEST BANK** | | عنوان الشاهد (المدينة/القطر): البيرة - رام الله ، الضفة الغربية |

Statement Of Testimony:

I, the Affiant, previously signed an affidavit concerning my work and/or relation with the **Ramallah Zakat Committee**, and herein I declare:

- I am willing to provide more details concerning this matter by way of testimony or deposition, and

- I was willing to provide this testimony previously but was never asked before the year 2013.

نص الشهادة:

كنت، أنا الشاهد، قد وقعت شهادة مشفوعة بالقسم بخصوص عملي و/أو علاقتي بلجنة زكاة رام الله،

وأصرح هنا :

- وبأنني مستعد لتقديم المزيد من التفصيل بخصوص هذا الموضوع عن طريق الإدلاء بالشهادة أو بالتصريح المشفوعين بالقسم،

- وبأنني فيما سبق ذلك كنت مستعدا للإدلاء بشهادتي تلك ، ولكن لم يطلب مني ذلك قبل عام 2013.

Oath:

I, the undersigned Affiant, declare under the penalty of law that all statements made herein above in this document are true & correct. In witness thereof I affix my signature

القسم:

أنا الشاهد الموقع ادناه أعلن وتحت طائلة المسؤولية القانونية أن كافة البيانات المدلى بها أعلاه في هذه الوثيقة هي حقيقية وصحيحة. وعليه أضع توقيعي.

(Affiant) **Ghayyat Raafat Hafez Khairy** // غيات رأفت حافظ خيري   (الشاهد)

**Notarization:**

Before me, the undersigned authority, on this day personally appeared the person mentioned above, whom, after inspecting his identity signed before me this instrument in free and voluntarily act. In witness thereof I hereto set my hand and seal.

توثيق الشهادة:

امام الهيئة الموقعة أدناه، وفي هذا اليوم، حضر شخصيا الشخص المذكور أعلاه، وبعد التأكد من شخصه باشر امامي بتوقيع هذه الوثيقة وبمحض حريته وارادته. وعليه اشهد واضع اسمي وتوقيعي والختم الرسمي

| Name of Notary: **MUHAMMAD ABID** | | اسم كاتب العدل: محمد عابد |
| Notary in and for: **The State of ISRAEL** | | دولة إسرائيل |
| Notary Address (City & Country): **ACRE, ISRAEL** | | المكان: عكا، إسرائيل |
| Notary commission expires on: **INDEFINITE** | | تاريخ إنتهاء صلاحية كاتب العدل (يوم/شهر/عام): غير محدود |
| Date of Notarization (yyyy/mm/dd): 2014 / 02 / ... | | تاريخ التوثيق (يوم/شهر/عام): |

Notary Signature & Seal

توقيع وخاتم كاتب العدل

# N<u>o</u>: 11/2014

نموذج رقم 1:

أنا الموقع أدناه محمد عابد كاتب العدل في دولة إسرائيل منطقة عكا, أصادق أنه يوم **04.02.2014** حضر أمامي السيد **رياض رشيد حمد ولويل** وقد تعرفت عليه بموجب هوية رقم **981696131** والصادرة عن السلطة الوطنية الفلسطينية وقد وقع بمحض إرادته ورغبته على المستند المرفق والمشار له بالرمز (**A**) وعليه فإنني أصادق على صحة توقيع المذكور أعلاه بتوقيعي وخاتمي في هذا اليوم الموافق **04.02.2014**




توقيع كاتب العدل

Form No. 1 AUTHENTICATION OF SIGNATURE

I the undersigned Notary Mohammed Abid, from Ba'ana, Western Galilee, Israel, than that on **04.02.2014** Appeared to me, Mr. **Riyad Rashid Hamad Walwil** Whose identity was proven to me by ID number **981696131** issued by the Palestinian Authority, And voluntarily signed the document attached and marked with **A**.

In witness whereof I hereby verifies the signature of Mr. **Riyad Rashid Hamad Walwil** signed by my signature and seal

Today: **04.02.2014**

Notary signing                    notary seal

# APOSTILLE
(Convention de la Haye du 5 Octobre 1961)

**1. STATE OF ISRAEL**

This public document

2. Has been signed by

Advocate_____

3. Acting in capacity of Notary

4. Bears the seal/stamp of
the above Notary

**Certified**

5. At the Magistrates Court of Haifa

6. Date  10 . 2 . 14

7. By an official appointed by
Minister of Justice under the
Notaries Law, 1976.

8. Serial number ___684___

9. Seal/Stamp _____

10. Signature _____

1. מדינת ישראל

מסמך ציבורי זה

2. נחתם בידי

עו"ד _____

3. המכהן בתור נוטריון.

4. נושא את החותם/החותמת
של הנוטריון הנ"ל

**אושר**

5. בבית משפט השלום בחיפה

6. ביום  10.2.14

7. על ידי מי שמונה בידי שר
המשפטים לפי חוק הנוטריונים,
התשל"ו - 1976

8. מס' סידורי ___613___

9. החותם / החותמת _____

10. התימה _____

(Seal: MUHAMMAD ABID — NOTARY)

(Seal: Magistrates Court of Haifa)

| AFFIDAVIT | شهادة مشفوعة بالقسم |
|---|---|
| Affiant Name (First, Father, Grandfather, Last):<br><br>**Riyad Rashid Hamad Walwil** | اسم الشاهد (الاول، الأب، الجد، العائلة) :<br><br>رياض رشيد حمد ولويل |
| Affiant ID #:<br><br>**981696131** | رقم هوية الشاهد:<br><br>981696131 |
| Affiant Address (City, Country):<br><br>**QALQILIA, WEST BANK** | عنوان الشاهد (المدينة/القطر):<br><br>قلقيلية ، الضفة الغربية |
| Statement Of Testimony:<br>I, the Affiant, previously signed an affidavit concerning my work and/or relation with the **Qalqilia Zakat Committee**, and herein I declare:<br>• I am willing to provide more details concerning this matter by way of testimony or deposition, and<br>• I was willing to provide this testimony previously but was never asked before the year 2013. | نص الشهادة:<br>كنت، أنا الشاهد، قد وقعت شهادة مشفوعة بالقسم بخصوص عملي و/أو علاقتي بلجنة زكاة قلقيلية،<br>وأصرح هنا:<br>• وبأنني مستعد لتقديم المزيد من التفصيل بخصوص هذا الموضوع عن طريق الإدلاء بالشهادة أو بالتصريح المشفوعين بالقسم،<br>• وبأنني فيما سبق ذلك كنت مستعدا للإدلاء بشهادتي تلك ، ولكن لم يطلب مني ذلك قبل عام 2013. |
| Oath:<br>I, the undersigned Affiant, declare under the penalty of law that all statements made herein above in this document are true & correct. In witness thereof I affix my signature. | القسم:<br>أنا الشاهد الموقع ادناه أعلن وتحت طائلة المسؤولية القانونية أن كافة البيانات المدلى بها أعلاه في هذه الوثيقة هي حقيقية وصحيحة. وعليه أضع توقيعي. |
| (Affiant) **Riyad Rashid Hamad Walwil** | (الشاهد)   رياض رشيد حمد ولويل |

| Notarization: | توثيق الشهادة |
|---|---|
| Before me, the undersigned authority, on this day personally appeared the person mentioned above, whom, after inspecting his identity signed before me this instrument in free and voluntarily act. In witness thereof I hereto set my hand and seal. | امام الهيئة الموقعة ادناه، وفي هذا اليوم ، حضر شخصيا الشخص المذكور أعلاه ، وبعد التأكد من شخصه باشر أمامي بتوقيع هذه الوثيقة وبمحض حريته وإرادته. وعليه اشهد واضع اسمي وتوقيعي والختم الرسمي |
| Name of Notary: **MUHAMMAD ABID** | اسم كاتب العدل: محمد عابد |
| Notary in and for: **The State of ISRAEL** | المكان: دولة إسرائيل |
| Notary Address (City & Country): **ACRE, ISRAEL** | العنوان (المدينة والقطر): عكا، إسرائيل |
| Notary commission expires on: **INDEFINITE** | تاريخ إنتهاء صلاحية كاتب العدل (يوم/شهر/عام): غير محدود |
| Date of Notarization (yyyy/mm/dd):   2014 / 02 / 4 | تاريخ التوثيق (يوم/شهر/عام): |
| Notary Signature & Seal | توقيع وخاتم كاتب العدل |