IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | |
| ABDULRAHMAN ODEH | § | CIVIL NOS. 3:13-CV-04299-P |
| MUFID ABDULQADER | § | 3:13-CV-04300-P |
| GHASSAN ELASHI | § | 3:13-CV-04301-P |
| MOHAMMAD EL-MEZAIN | § | 3:13-CV-04302-P |
| SHUKRI ABU BAKER | § | 3:13-CV-04303-P |
| | § | CRIM. NO. 3:04-CR-00240-P |

## DECLARATION OF NATHAN BROWN

My name is Nathan Brown. I am over the age of 18 years and competent to make this declaration. I was an expert witness in the first trial of the Holy Land Foundation on behalf of the above listed individual defendants in the United States District Court for the Northern District of Texas. I was not called to testify in the second trial of this case. I was willing and able to testify in the second trial and my testimony would have been the same as I presented in the first trial.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 19 day of February, 2014.

_____
Nathan Brown

Declaration of Nathan Brown - Solo Page