IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | |
| | § | |
| ABDULRAHMAN ODEH | § | CIVIL NOS. 3:13-CV-04299-P |
| MUFID ABDULQADER | § | 3:13-CV-04300-P |
| GHASSAN ELASHI | § | 3:13-CV-04301-P |
| MOHAMMAD EL-MEZAIN | § | 3:13-CV-04302-P |
| SHUKRI ABU BAKER | § | 3:13-CV-04303-P |
| | § | CRIM. NO.   3:04-CR-00240-P |

**AFFIDAVITS IN SUPPORT OF
MOTION TO VACATE, SET ASIDE OR
CORRECT SENTENCE UNDER 28 U.S.C. §2255**

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES the Movants, ABDULRAHMAN ODEH, MUFID ABDULQADER,

GHASSAN ELASHI, MOHAMMAD EL-MEZAIN, and SHUKRI ABU BAKER, submits the

attached affidavits in Support of Motion to Vacate, Set Aside or Correct Sentence Under 28

U.S.C. §2255:

1.      Adli Rifaat Salih Yaesh

2.      Abd-Alrahim Mohamad-Radi Taha Hanbali

3.      Ammar Tawfiq Ahmad-Badawi Ayyoub

4.      Bilal Khamis Yousef Abu-Sofirah

Respectfully submitted,

_____/s/ Gary A. Udashen_____

GARY A. UDASHEN
Texas State Bar No. 20369590

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas  75201
214-468-8100
214-468-8104 fax

Attorney for Movants


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Affidavits in Support of Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. §2255 was electronically delivered to all counsel, on this the 27th day of May, 2014.


_____/s/ Gary A. Udashen_____

GARY A. UDASHEN