FORM NO. 7

## CERTIFICATION OF DECLARATION

I the undersigned, _Khateb Hassan adv & Notary at _kfar kana _____ hereby certify that on 14.05.14 there appeared before me at my office Mr. (Mrs., Miss) Adly salh refaat yaaesh, who is known to me personally (whose identity was proved to me by Identity Booklet 982757866 (Passport) No. _____ issued by ministry of the interior at Nablus on 17.08.08)*,

and being satisfied that he (she) knows the Arabic & English language (the language of the declaration) and read in my presence the attached declaration marked A (the declaration overleaf) (and after I translated the attached declaration marked _____ (the declaration overleaf) into the _____ language which he (she) knows)

(and after Mr. (Mrs., Miss) _____ who is known to me personally (whose identity was proved to me by _____) and who is proficient to my satisfaction in _____ and in _____ (the language of the declaration) translated for him (her) the attached declaration marked _____ (the declaration appearing overleaf) into the _____ language which he (she) knows)

and after I enquired and satisfied myself that above named Mr. (Mrs., Miss) Adly salh refaat yaaesh understood the contents of the above- mentioned declaration,
he (she) duly confirmed by oath (declared) (declared by solemn affirmation) the truth of the above declaration.

In witness whereof I have hereto set my signature and aeal this_14.05.14_.

_____
Signature



# APOSTILLE
(Convention de la Haye du 5 Octobre 1961)

1. **STATE OF ISRAEL**

   This public document

2. Has been signed by

   Advocate KHATIB HASAN

3. Acting in capacity of Notary

4. Bears the seal/stamp of

   the above Notary

   **Certified**

5. At the District Court of Nazareth

6. Date 15.5.14

7. By an official appointed by

   Minister of Justice under the

   Notaries Law, 1976.

8. Serial number 341/14

9. Seal/Stamp _____

10. Signature EMLY

.1 מדינת ישראל

מסמך ציבורי זה

.2 נחתם בידי

עו״ד _____

.3 המכהן בתור נוטריון.

.4 נושא את החותם/החותמת

של הנוטריון הנ״ל

**אושר**

.5 בבית משפט המחוזי בנצרת

.6 ביום 15.5.14

.7 על ידי מי שמונה בידי שר

המשפטים לפי חוק הנוטריונים,

התשל״ו - 1976

.8 מס׳ סידורי 341/14

.9 החותם / החותמת _____

חתימה _____

# AFFIDAVIT

**Affiant Name (First, Father, Grandfather, Last):**
Adli Rifaat Salih Yaeesh

**Affiant ID #:**
982757866

**Affiant Address (City, Country):**
Nablus, WEST BANK

**Statement Of Testimony:**

I, the Affiant, previously signed an affidavit contained information concerning my work and/or relation with the **Nablus Zakat Committee**, and herein I further declare:

- Since the advent of the **Palestinian National Authority (PNA)**, in or about 1994, the **Palestinian Zakat Fund** was formed as a department of the **PNA Ministry of Awqaf**. Since then the **PNA Ministry of Awqaf** and the **PNA Zakat Fund** have been assuming the administrative and the financial custodial role over the Palestinian Zakat Committees, including the **NABLUS ZAKAT COMMITTEE**, which, since then has been submitting its annual administrative and financial reports to the **PNA Minister of Awqaf**.

- If proper assurances and arrangements can be made I will be willing to provide testimony concerning the **NABLUS ZAKAT COMMITTEE**, here in my home town in the WAST BANK and before a court in the U.S.

**Oath:**
I, the undersigned Affiant, declare under the penalty of law that all statements made herein above in this document are true & correct. In witness thereof I affix my signature.

(Affiant) Adli Rifaat Salih Yaeesh  //  عدلي رفعت صالح يعيش  (الشاهد)

## Notarization:

Before me, the undersigned authority, on this day personally appeared the person mentioned above, whom, after inspecting his identity signed before me this instrument in free and voluntarily act. In witness thereof I hereto set my hand and seal.

| | |
|---|---|
| Name of Notary: | HASSAN KHATIB |
| Notary in and for: | The State of ISRAEL |
| Notary Address (City & Country): | Kfar Cana, ISRAEL |
| Date of Notarization (yyyy/mm/dd): | 2014 / 05 / 14 |

**Notary Signature & Seal**



FORM NO. 7

## CERTIFICATION OF DECLARATION

I the undersigned, _Khateb Hassan adv & Notary at _kfar kana_____ hereby certify that on 13.05.14 there appeared before me at my office Mr. (Mrs., Miss) Abd Allrahem Mohamed Hanble, who is known to me personally (whose identity was proved to me by Identity Booklet 972272033 (Passport) No. _____ issued by ministry of the interior at Nablus on 09.12.03)*,

and being satisfied that he (she) knows the Arabic & English language (the language of the declaration) and read in my presence the attached declaration marked A (the declaration overleaf) (and after I translated the attached declaration marked _____ (the declaration overleaf) into the _____ language which he (she) knows)

(and after Mr. (Mrs., Miss) _____ who is known to me personally (whose identity was proved to me by _____) and who is proficient to my satisfaction in _____ and in _____ (the language of the declaration) translated for him (her) the attached declaration marked _____ (the declaration appearing overleaf) into the _____ language which he (she) knows)

and after I enquired and satisfied myself that above named Mr. (Mrs., Miss) Abd Allrahem Mohamed Hanble understood the contents of the above-mentioned declaration,
he (she) duly confirmed by oath (declared) (declared by solemn affirmation) the truth of the above declaration.

In witness whereof I have hereto set my signature and aeal this_13.05.14_.

_Signature_



# APOSTILLE
(Convention de la Haye du 5 Octobre 1961)

1. **STATE OF ISRAEL**
   This public document
2. Has been signed by
   Advocate KHATIB HASAN
3. Acting in capacity of Notary
4. Bears the seal/stamp of
   the above Notary

## Certified

5. At the District Court of Nazareth
6. Date 15.5.14
7. By an official appointed by
   Minister of Justice under the
   Notaries Law, 1976.
8. Serial number
9. Seal/Stamp
10. Signature EMLY

1. מדינת ישראל
   מסמך ציבורי זה
2. נחתם בידי
   עו"ד _____
3. המכהן בתור נוטריון.
4. נושא את החותם/החותמת
   של הנוטריון הנ"ל

אושר

5. בבית משפט המחוזי בנצרת
6. ביום 15.5.14
7. על ידי מי שמונה בידי שר
   המשפטים לפי חוק הנוטריונים,
   התשל"ו - 1976
8. מס' סידורי 346/14
9. החותם / החותמת
10. חתימה

A

| AFFIDAVIT | شهادة مشفوعة بالقسم |
|---|---|
| Affiant Name (First, Father, Grandfather, Last):<br>**Abd-Alrahim Mohamad-Radi Taha Hanbali** | اسم الشاهد (الاول، الأب، الجد، العائلة) :<br>عبد الرحيم محمد-راضي طه حنبلي |
| Affiant ID #:<br>**972272033** | رقم هوية الشاهد:<br>972272033 |
| Affiant Address (City, Country):<br>**Nablus, WEST BANK** | عنوان الشاهد (المدينة/القطر):<br>نابلس ، الضفة الغربية |
| **Statement Of Testimony:**<br>I, the Affiant, previously signed an affidavit contained information concerning my work and/or relation with the **NABLUS ZAKAT COMMITTEE**, and herein I further declare:<br><br>• Since its formation, the **NABLUS ZAKAT COMMITTEE** was a component of the **Jordan Zakat Fund**; operated as part of it. The **Jordan Zakat Fund** has been a department of the **Jordan Ministry of Awqaf**; and the **ZAKAT COMMITTEE** was submitting annual administrative and financial reports to the **Fund** and addressed to the **Jordan Minister of Awqaf**.<br><br>• After the advent of the **Palestinian National Authority (PNA)**, in or about 1994, the **Palestinian Zakat Fund** was formed as a department of the **PNA Ministry of Awqaf**. The **Palestinian Zakat Fund** replaced the **Jordan Zakat Fund** in the **West Bank** (except Jerusalem), and assumed the same administrative and financial custodial role over all the Palestinian Zakat committees, including the **NABLUS ZAKAT COMMITTEE**, which, since then has been submitting its annual administrative and financial reports to the **PNA Minister of Awqaf**.<br><br>• If proper assurances and arrangements can be made I will be willing to provide testimony concerning the **NABLUS ZAKAT COMMITTEE**, here in my home town in the WAST BANK and before a court in the U.S. | نص الشهادة:<br>كنت، أنا الشاهد، قد وقعت شهادة مشفوعة بالقسم أحتوت معلومات بخصوص عملي و/أو علاقتي **بلجنة زكاة نابلس**، وأصرح هنا:<br><br>• وبأنه منذ تأسيسها كانت **لجنة زكاة نابلس** تشكل أحد مكونات **صندوق الزكاة الاردني** وتعمل كجزء منه. **وصندوق الزكاة الاردني** هو أحد دوائر عمل **وزارة الأوقاف الاردنية**. ودرجت لجنة الزكاة على تقديم تقاريرها الإدارية والمالية السنوية إلى **الصندوق** ومعنونة الى **وزير الأوقاف الأردني** .<br><br>• وبأنه بعد ظهور **السلطة الوطنية الفلسطينية (السلطة)** في عام أو حوالي العام 1994 تم تأسيس **صندوق الزكاة الفلسطيني** كأحد هيئات **وزارة الاوقاف الفلسطينية** التابعة للسلطة. وقد حل **صندوق الزكاة الفلسطيني** محل **صندوق الزكاة الاردني** في الضفة الغربية (عدا القدس)، وتولى نفس دور الرعاية والاشراف الإداري والمالي على جميع لجان الزكاة الفلسطينية بما فيها **لجنة زكاة نابلس**، والتي درجت منذ إذن على تقديم تقاريرها الإدارية والمالية السنوية إلى **وزير الأوقاف الفلسطيني**.<br><br>• وبأنه في حالة وجود ضمانات وترتيبات مناسبة سأكون على استعداد للإدلاء بشهادتي بخصوص **لجنة زكاة نابلس**، وذلك هنا في مدينتي في الضفة الغربية وأمام محكمة في أمريكا. |
| **Oath:**<br>I, the undersigned Affiant, declare under the penalty of law that all statements made herein above in this document are true & correct. In witness thereof I affix my signature. | القسم:<br>أنا الشاهد الموقع ادناه أعلن وتحت طائلة المسؤولية القانونية أن كافة البيانات المدلى بها أعلاه في هذه الوثيقة هي حقيقية وصحيحة. وعليه أضع توقيعي. |
| (Affiant) **Abd-Alrahim Mohamad-Radi Taha Hanbali** // عبد الرحيم محمد-راضي طه حنبلي (الشاهد) | |
| **Notarization:** | توثيق الشهادة |
| Before me, the undersigned authority, on this day personally appeared the person mentioned above, whom, after inspecting his identity signed before me this instrument in free and voluntarily act. In witness thereof I hereto set my hand and seal. | امام الهيئة الموقعة أدناه، وفي هذا اليوم ، حضر شخصيا الشخص المذكور أعلاه ، وبعد التأكد من شخصه باشر امامي بتوقيع هذه الوثيقة وبمحض حريته وارادته. وعليه اشهد واضع اسمي وتوقيعي والختم الرسمي |
| Name of Notary: **HASSAN KHATIB** | إسم كاتب العدل: حسن خطيب |
| Notary in and for: **The State of ISRAEL** | المكان: دولة إسرائيل |
| Notary Address (City & Country): **Kfar Cana, ISRAEL** | العنوان (المدينة والقطر): كفر كنا ، إسرائيل |
| Date of Notarization (yyyy/mm/dd): **2014 / 05 / 13** | تاريخ التوثيق (يوم/شهر/عام): |
| **Notary Signature & Seal**  | توقيع وختام كاتب العدل |

FORM NO. 7

## CERTIFICATION OF DECLARATION

I the undersigned, _Khateb Hassan adv & Notary at _kfar kana _____
hereby certify that on 13.05.14 there appeared before me at my office Mr. (Mrs., Miss) Amaar Taofek Ahmad Bdwe Ayob, who is known to me personally (whose identity was proved to me by Identity Booklet 958607863 (Passport) No. _____ issued by ministry of the interior at Tolkrem on 29.05.06)*,

and being satisfied that he (she) knows the Arabic & English language (the language of the declaration) and read in my presence the attached declaration marked A (the declaration overleaf) (and after I translated the attached declaration marked _____ (the declaration overleaf) into the _____ language which he (she) knows)

(and after Mr. (Mrs., Miss) _____ who is known to me personally (whose identity was proved to me by _____) and who is proficient to my satisfaction in _____ and in _____ (the language of the declaration) translated for him (her) the attached declaration marked _____ (the declaration appearing overleaf) into the _____ language which he (she) knows)

and after I enquired and satisfied myself that above named Mr. (Mrs., Miss) Amaar Taofek Ahmad Bdwe Ayob understood the contents of the above-mentioned declaration,
he (she) duly confirmed by oath (declared) (declared by solemn affirmation) the truth of the above declaration.

In witness whereof I have hereto set my signature and aeal this_13.05.14_.

_Signature_

2

# APOSTILLE
(Convention de la Haye du 5 Octobre 1961)

| STATE OF ISRAEL | מדינת ישראל |
|---|---|
| 1. This public document | 1. מסמך ציבורי זה |
| 2. Has been signed by | 2. נחתם בידי |
| Advocate KHATIB HASAN | עו"ד ח'טיב חסן |
| 3. Acting in capacity of Notary | 3. המכהן בתור נוטריון. |
| 4. Bears the seal/stamp of | 4. נושא את החותם/החותמת |
| the above Notary | של הנוטריון הנ"ל |
| **Certified** | **אושר** |
| 5. At the District Court of Nazareth | 5. בבית משפט המחוזי בנצרת |
| 6. Date  15.5.14 | 6. ביום  15.5.14 |
| 7. By an official appointed by | 7. על ידי מי שמונה בידי שר |
| Minister of Justice under the | המשפטים לפי חוק הנוטריונים, |
| Notaries Law, 1976. | התשל"ו - 1976 |
| 8. Serial number  337/14 | 8. מס' סידורי  337/14 |
| 9. Seal/Stamp | 9. הסמל / החותמת |
| 10. Signature  EMLY | 10. חתימה |

*District Court of Nazareth*

(Stamps: EMLY BEN ZION, Nazareth נצרת, 15-05-2014)

| AFFIDAVIT | | تصريح مشفوع بالقسم |
|---|---|---|
| Affiant Name (First, Father, Grandfather, Last): **Ammar Tawfiq Ahmad-Badawi Ayyoub** | | اسم الشاهد (الاول، الأب، الجد، العائلة) : **عمار توفيق احمد - بدوي أيوب** |
| Affiant Passport #: 958607863 | 958607863 | رقم جواز سفر الشاهد: |
| Affiant Address (City, Country): TULKAREM, WEST BANK | | عنوان الشاهد (المدينة/القطر): **طولكرم ، الضفة الغربية** |
| Statement Of Testimony:<br>During the years **1992 (or about 1992) to 2005** ,<br>  I, the Affiant, was a resident of the **WEST BANK,**<br>During this time period, and without interruption, I served as<br>  **MEMBER** of the **TULKAREM ZAKAT COMMITTEE**.<br>During the time of my said service in the COMMITTEE:<br>• I was not associated with Hamas myself.<br>• Hamas did not control this COMMITTEE and the COMMITTEE was not operating under Hamas's direction.<br>• The COMMITTEE operated independently of any political party, including Hamas.<br>• Hamas did not direct or control any of the decision making or activities of this COMMITTEE.<br><br>• Since the advent of the **Palestinian National Authority (PNA)**, in or about the year 1994, the **Palestinian Zakat Fund** was formed as a department of the **PNA Ministry of Awqaf and Religious Affairs**. As of then, the **TULKAREM ZAKAT COMMITTEE** has been belonging to the **PNA Ministry of Awqaf and Religious Affairs** and has been operating as a committee of the **Palestinian Zakat Fund.**<br><br>I further declare:<br>• I have had this information since I became involved in the **TULKAREM ZAKAT COMMITTEE,** and<br>• I was always willing to provide testimony about it, but was never asked before the year 2013, and<br>• If proper assurances and arrangements can be made I will be willing to provide testimony here at home concerning the items I addressed herein in this affidavit. | | نص الشهادة:<br>بأنه خلال الفترة بين العامين **1992 (أو حوالي 1992) الى 2005**<br>كنت، أنا الشاهد، مقيما في **الضفة الغربية** ،<br>وبأنه خلال نفس الفترة خدمت وبلا إنقطاع<br>**عضوا في لجنة زكاة طولكرم** .<br>و خلال فترة خدمتي تلك في هذه **اللجنة**:<br>• لم أكن شخصيا أرتبط بعلاقة تنظيمية بحماس.<br>• كما لم يكن لحماس سيطرة على هذه **اللجنة**، ولم تكن هذه **اللجنة** تدار بتوجيهات من حماس.<br>• كما أدارت **اللجنة** أعمالها باستقلالية عن أي حزب سياسي ويشمل ذلك حماس.<br>• كما لم تكن حماس توجه أو تتحكم في إتخاذ القرارات أو الأنشطة في هذه **اللجنة**.<br><br>• وبأنه منذ ظهور **السلطة الوطنية الفلسطينية (السلطة)** في عام أو حوالي العام 1994 تم تأسيس **صندوق الزكاة الفلسطيني** كأحد هيئات **وزارة الأوقاف والشؤون الدينية الفلسطينية** التابعة للسلطة. ومنذ ذلك الوقت كانت ولا زالت **لجنة زكاة طولكرم** تتبع الى **وزارة الأوقاف والشؤون الدينية الفلسطينية** وتعمل كإحدى لجان **صندوق الزكاة الفلسطيني**.<br><br>كما وأصرح :<br>• وبأنني أمتلكت هذه المعلومات التي أصرح بها هنا منذ أن أصبحت مشاركا في **لجنة زكاة طولكرم**،<br>• وبأنني كنت دوما مستعدا للإدلاء بشهادتي هذه ، ولكن لم يطلب مني ذلك قبل عام 2013 ،<br>• وبأنه في حالة وجود ترتيبات وضمانات مناسبة سأكون على استعداد للإدلاء بشهادتي هنا في مدينتي في الضفة الغربية بخصوص البنود المذكورة هنا. |
| Oath:<br>**I, the undersigned Affiant, declare under the penalty of law that all statements made herein above in this document are true & correct. In witness thereof I affix my signature.** | | القسم:<br>أنا الشاهد الموقع ادناه أعلن وتحت طائلة المسؤولية القانونية أن كافة البيانات المدلى بها أعلاه في هذه الوثيقة هي حقيقية وصحيحة. وعليه أضع توقيعي. |
| (Affiant) **Ammar Tawfiq Ahmad-Badawi Ayyoub** | | (الشاهد) **عمار توفيق احمد – بدوي أيوب** |
| **Notarization:** | | **توثيق الشهادة** |
| Before me, the undersigned authority, on this day personally appeared the person mentioned above, whom, after inspecting his identity signed before me this instrument in free and voluntarily act. In witness thereof I hereto set my hand and seal. | | أمام الهيئة الموقعة أدناه، وفي هذا اليوم ، حضر شخصيا الشخص المذكور أعلاه ، وبعد التأكد من شخصه باشر أمامي بتوقيع هذه الوثيقة وبمحض حريته وارادته. وعليه اشهد واضع اسمي وتوقيعي والختم الرسمي |
| Name of Notary:  **HASSAN KHATIB** | | اسم كاتب العدل: **حسن خطيب** |
| Notary in and for:  **Israel** | | المكان: **إسرائيل** |
| Location (City & Country):  **Kfar Cana, ISRAEL** | | العنوان (المدينة والقطر): **كفر كنا، إسرائيل** |
| Date of Notarization (yyyy/mm/dd):  **2014 / 05 / 13** | | تاريخ التوثيق (يوم/شهر/عام): |
| **Notary Signature & Seal** |  | توقيع وختم كاتب العدل |

FORM NO. 7

## CERTIFICATION OF DECLARATION

I the undersigned, _Khateb Hassan adv & Notary at _kfar kana _____ hereby certify that on 13.05.14 there appeared before me at my office Mr. (Mrs., Miss) Belal khames yosef Abosofera, who is known to me personally (whose identity was proved to me by Identity Booklet 968677740 (Passport) No. _____ issued by ministry of the interior at Tolkrem on 19.05.11)*,

and being satisfied that he (she) knows the Arabic & English language (the language of the declaration) and read in my presence the attached declaration marked A (the declaration overleaf) (and after I translated the attached declaration marked _____ (the declaration overleaf) into the _____ language which he (she) knows)

(and after Mr. (Mrs., Miss) _____ who is known to me personally (whose identity was proved to me by _____) and who is proficient to my satisfaction in _____ and in _____ (the language of the declaration) translated for him (her) the attached declaration marked _____ (the declaration appearing overleaf) into the _____ language which he (she) knows)

and after I enquired and satisfied myself that above named Mr. (Mrs., Miss) Belal khames yosef Abosofera understood the contents of the above-mentioned declaration,
he (she) duly confirmed by oath (declared) (declared by solemn affirmation) the truth of the above declaration.

In witness whereof I have hereto set my signature and aeal this_14.05.14_.

*Signature*

2

נבו הוצאה לאור בע"מ   nevo.co.il   המאגר המשפטי הישראלי

# APOSTILLE
(Convention de la Haye du 5 Octobre 1961)

| | |
|---|---|
| **1. STATE OF ISRAEL** | **1. מדינת ישראל** |
| This public document | מסמך ציבורי זה |
| 2. Has been signed by | 2. נחתם בידי |
| Advocate  KHATIB HASAN | עו״ד _____ |
| 3. Acting in capacity of Notary | 3. המכהן בתור נוטריון. |
| 4. Bears the seal/stamp of the above Notary | 4. נושא את החותם/החותמת של הנוטריון הנ״ל |
| **Certified** | **אושר** |
| 5. At the District Court of Nazareth | 5. בבית משפט המחוזי בנצרת |
| 6. Date  15.5.14 | 6. ביום  15.5.14 |
| 7. By an official appointed by Minister of Justice under the Notaries Law, 1976. | 7. על ידי מי שמונה בידי שר המשפטים לפי חוק הנוטריונים, התשל״ו - 1976 |
| 8. Serial number  344/14 | 8. מס׳ סידורי  344/14 |
| 9. Seal/Stamp _____ | 9. החותם / החותמת _____ |
| 10. Signature  EMLY | 10. חתימה _____ |

[Seal: District Court of Nazareth]

[Stamps: EMLY BEN ZION, Nazareth נצרת, 15-05-2014]

| AFFIDAVIT | شهادة مشفوعة بالقسم |
|---|---|
| **Affiant Name (First, Father, Grandfather, Last):** Bilal Khamis Yousef Abu-Sofirah | اسم الشاهد (الاول، الأب، الجد، العائلة): بلال خميس يوسف ابو صفيره |
| **Affiant ID #:** 968677740 | 968677740 رقم هوية الشاهد: |
| **Affiant Address (City, Country):** Tulkarem, WEST BANK | عنوان الشاهد (المدينة/القطر): طولكرم ، الضفة الغربية |

**Statement Of Testimony:**
I, the Affiant, previously signed an affidavit contained information concerning my work and/or relation with the **Tulkarem Zakat Committee**, and herein I further declare:

- Since its formation, the **TULKAREM ZAKAT COMMITTEE** was a component of the **Jordan Zakat Fund**; operated as part of it. The **Jordan Zakat Fund** has been a department of the **Jordan Ministry of Awqaf**; and the **ZAKAT COMMITTEE** was submitting annual administrative and financial reports to the **Fund** and addressed to the **Jordan Minister of Awqaf**.

- After the advent of the **Palestinian National Authority (PNA)**, in or about 1994, the **Palestinian Zakat Fund** was formed as a department of the **PNA Ministry of Awqaf**. The **Palestinian Zakat Fund** replaced the **Jordan Zakat Fund** in the **West Bank** (except Jerusalem), and assumed the same administrative and financial custodial role over all the Palestinian Zakat committees, including the **TULKAREM ZAKAT COMMITTEE,** which, since then has been submitting its annual administrative and financial reports to the **PNA Minister of Awqaf.**

- The members of the **Zakat Committees** are usually appointed by the PNA minister of Awqaf based on endorsements he receives from the local offices of the ministry of Awqaf across the WEST BANK. The local offices pre-consult and seek nominees from the local residents before submitting its endorsements. The decree of the PNA minister of Awqaf usually comes after seeking security clearance.

- If proper assurances and arrangements can be made I will be willing to provide testimony concerning the **TULKAREM ZAKAT COMMITTEE**, here in my home town in the WAST BANK and before a court in the U.S.

**Oath:**
I, the undersigned Affiant, declare under the penalty of law that all statements made herein above in this document are true & correct. In witness thereof I affix my signature.

(Affiant) Bilal Khamis Yousef Abu-Sofirah // (الشاهد) بلال خميس يوسف ابو صفيره

**Notarization:**

Before me, the undersigned authority, on this day personally appeared the person mentioned above, whom, after inspecting his identity signed before me this instrument in free and voluntarily act. In witness thereof I hereto set my hand and seal.

| Name of Notary: | HASSAN KHATIB | حسن خطيب |
| Notary in and for: | The State of ISRAEL | دولة إسرائيل |
| Notary Address (City & Country): | Kfar Cana, ISRAEL | كفر كنا، إسرائيل |
| Date of Notarization (yyyy/mm/dd): | 2014 / 05 / 14 | |

**Notary Signature & Seal**